UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80898-CIV-RYSKAMP/HOPKINS

ADT LLC,

    Plaintiff,

v.

ALARM PROTECTION TECHNOLOGY
FLORIDA, LLC, *et al*.,

    Defendants.
_____/

## ORDER DENYING MOTION TO STRIKE AND MOTION TO PRECLUDE

THIS CAUSE comes before the Court pursuant to Defendant's motion to strike and exclude expert report and testimony of Dr. David Stewart at trial, filed December 16, 2014 **[DE 196]**, as well as Plaintiff's motion to preclude testimony by Dr. Dan Sarel, filed January 6, 2014 **[DE 218]**.  The Court heard oral argument on these motions on June 27, 2014.  These motions are ripe for adjudication.

"[M]any criticisms of surveys used in litigation are appropriate topics of cross-examination and contrary evidence to reduce the weight of the survey without requiring that ...it be excluded."  *Simon Property Grp. L.P. v. mySimon, Inc.*, 104 F.Supp.2d 1033, 1039 (S.D. Ind. 2000).  "If the flaws in the proposed survey are too great," however, "the court may find that the probative value of the survey is substantially outweighed by the prejudice, waste of time, and confusion it will cause at trial."  *Id.* (citations omitted).

The Court has considered the survey methodologies at issue in these motions and has concluded that, to the extent that either survey is flawed, neither survey is so flawed such that its

2

probative value is outweighed by concerns of prejudice, waste of time or confusion.  It is hereby

      ORDERED AND ADJUDGED that the motion to strike and the motion to preclude are

DENIED.

      DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 8th day of July, 2014.

                                    S/Kenneth L. Ryskamp  
                                    KENNETH L. RYSKAMP  
                                    UNITED STATES DISTRICT JUDGE