UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80898-CIV-RYSKAMP/HOPKINS

ADT LLC,

    Plaintiff,

v.

ALARM PROTECTION TECHNOLOGY
FLORIDA, LLC, *et al*.,

    Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE came before the Court on a jury trial on February 17-20 and 24, 2015.  The jury has returned a verdict for Defendants on Counts I and II.  The jury's verdict on Counts I and II precludes any recovery for Plaintiff on Count III.  It is hereby

ORDERED AND ADJUDGED that FINAL JUDGMENT IS HEREBY ENTERED in favor of Defendants Alarm Protection Technology Florida, LLC; Alarm Protection Technology, LLC; Alarm Protection Technology Holdings, LLC; Alarm Protection Technology Management and Adam Schanz and against Plaintiff ADT, LLC on Count I.  It is further

ORDERED AND ADJUDGED that FINAL JUDGMENT IS HEREBY ENTERED in favor of Defendants Alarm Protection Technology Florida, LLC; Alarm Protection Technology, LLC; Alarm Protection Technology Holdings, LLC; Alarm Protection Technology Management; Adam Schanz and Jacob Dahl on Counts II and III.  The Clerk of Court shall CLOSE this case

and DENY any pending motions as MOOT.  The Court reserves jurisdiction over any motions for costs or attorneys' fees.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 24th day of February, 2015.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE