**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-80898-CIV-RYSKAMP/HOPKINS

ADT LLC,

      Plaintiff,

v.

ALARM PROTECTION TECHNOLOGY
FLORIDA, LLC, *et al.*,

      Defendants.

_____/

**JURY VERDICT FORM: COUNT I**

Do you find by a preponderance of the evidence that:

1. The defendant's use of its trademark caused a likelihood of confusion as to the defendant's affiliation with ADT?

Answer Yes or No for each:

Alarm Protection Technology, LLC __No__
Alarm Protection Technology Management, LLC __No__
Alarm Protection Technology Holdings, LLC __No__
Alarm Protection Technology Florida, LLC __No__
Adam Schanz __No__

If your answer is "Yes" for one or more defendants, answer the next two questions (Nos. 2 and 3) for that or those defendants only. If your answer is "No" for all of these defendants, then your foreperson should sign and date the last page of this verdict form.

2. The defendant's use of its trademark caused a likelihood of initial interest confusion as to the defendant's affiliation with ADT?

Answer Yes or No for each:

Alarm Protection Technology, LLC _____
Alarm Protection Technology Management, LLC _____
Alarm Protection Technology Holdings, LLC _____
Alarm Protection Technology Florida, LLC _____
Adam Schanz_____

Answer the next question.

3. The defendant's use of the trademark cause a likelihood of confusion at the time of purchase as to the defendant's affiliation with ADT?

Answer Yes or No for each:

Alarm Protection Technology, LLC _____
Alarm Protection Technology Management, LLC _____
Alarm Protection Technology Holdings, LLC _____
Alarm Protection Technology Florida, LLC _____
Adam Schanz_____

Answer the next question.

4. The defendant's conduct was willful and deliberate, or the defendant was unjustly enriched, or an award of the defendant's profits is necessary to deter future conduct.

Answer Yes or No for each:

Alarm Protection Technology, LLC _____
Alarm Protection Technology Management, LLC _____
Alarm Protection Technology Holdings, LLC _____
Alarm Protection Technology Florida, LLC _____
Adam Schanz_____

If your answer is "Yes" for one or more defendants, answer the next question (No. 5) for that or those defendants only. If your answer is "No" for all of these defendants, then your foreperson should sign and date the last page of this verdict form.

5. What amount of profits, if any, are attributable to sales of the infringing product?

Alarm Protection Technology, LLC _____
Alarm Protection Technology Management, LLC _____
Alarm Protection Technology Holdings, LLC _____
Alarm Protection Technology Florida, LLC _____
Adam Schanz _____

SO SAY WE ALL.

Foreperson's signature: _____
Date: 2/24/2015