UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80898-CIV-RYSKAMP/HOPKINS

ADT LLC,

      Plaintiff,

v.

ALARM PROTECTION TECHNOLOGY
FLORIDA, LLC, *et al.*,

      Defendants.
_____/

## JURY VERDICT FORM: COUNT II

Do you find by a preponderance of the evidence that:

1. The defendant made false or misleading representations of facts that caused a likelihood of confusion as to the defendant's affiliation with ADT?

Answer Yes or No for each:

Alarm Protection Technology, LLC __No__
Alarm Protection Technology Management, LLC __No__
Alarm Protection Technology Holdings, LLC __No__
Alarm Protection Technology Florida, LLC __No__
Adam Schanz __No__
Jacob Dahl __No__

If your answer is "Yes" for one or more defendants, answer the next question (No. 2) for that or those defendants only. If your answer is "No" for all of these defendants, then your foreperson should sign and date the last page of this verdict form.

2. The defendant's conduct was willful and deliberate, or the defendant was unjustly enriched, or an award of the defendant's profits is necessary to deter future conduct.

Answer Yes or No for each:

Alarm Protection Technology, LLC _____
Alarm Protection Technology Management, LLC _____
Alarm Protection Technology Holdings, LLC _____
Alarm Protection Technology Florida, LLC _____
Adam Schanz_____
Jacob Dahl _____

If your answer is "Yes" for one or more defendants, answer the next question (No. 3) for that or those defendants only. If your answer is "No" for all of these defendants, then your foreperson should sign and date the last page of this verdict form.

3. What amount of profits, if any?

Alarm Protection Technology, LLC _____
Alarm Protection Technology Management, LLC _____
Alarm Protection Technology Holdings, LLC _____
Alarm Protection Technology Florida, LLC _____
Adam Schanz_____
Jacob Dahl _____

SO SAY WE ALL.

Foreperson's signature: _____
Date: 2/24/15