UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80898-RYSKAMP/HOPKINS

ADT LLC,

    Plaintiff,

v.

ALARM PROTECTION TECHNOLOGY
FLORIDA, LLC, *et al*.,

    Defendants.
_____/

## ORDER STAYING RULINGS ON MOTIONS FOR BILL OF COSTS AND FOR ATTORNEYS PENDING APPEAL

THIS CAUSE comes before the Court pursuant to ADT's application for stay of Defendants' motion for costs and bond release pending appeal, filed April 10, 2015 **[DE 539]**. Defendant responded to the motion on April 20, 2015 **[DE 540]**. The Court granted the motion for release of bond on May 12, 2015 **[DE 546]**. It is hereby

ORDERED AND ADJUDGED that the motion is GRANTED insofar as it requests a stay of adjudication of the bill of costs pending appeal.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 4th day of August, 2015.

                                                S/Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE